# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Texas

Case Number: 4:14-CV-00706

Plaintiff:
**Joe Shields**
vs.
Defendant:
**Armando Vazquez et al**

For:
Joe Shields
16822 Stardale Lane
Friendswood, TX 77546

United States District Court
Southern District of Texas
FILED

APR 1 0 2014

David J. Bradley, Clerk of Court

LAB2014002727

Received these papers on the 25th day of March, 2014 at 9:07 am to be served on **United Shuttle Alliance Transportation Corp a/k/a USA Travel Services c/o RA: Armando R. Vazquez, 11907 Verrazano Drive, Orlando, FL 32836.**

I, Edwin E. Young, being duly sworn, depose and say that on the **28th day of March, 2014 at 7:18 pm, I:**

**Corporate-Registered Agent-SERVED** the within named entity by delivering a true copy of the **Summons and Complaint** at the address of **11907 Verrazano Drive, Orlando, FL 32836** with the date and hour of service endorsed thereon by me to: **Armando R. Vazquez** as **Registered Agent** of same, and informed said person of the contents therein, pursuant to F.S. 48.081(3) and 48.091.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true and correct, that I am a **Sheriff's Appointed** process server in the county in which service was effected in accordance with Florida Statutes and I have no interest in the above action. Pursuant to F.S. 92.525(2), no notary is required.

State of FLORIDA   County of Orange

Subscribed and Sworn to before me on the 31st day of March, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC-STATE OF FLORIDA

AMANDA J. TAYLOR
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF090236
Expires 2/5/2018

Edwin E. Young
Orange County SPS#8349

Our Job Serial Number: LAB-2014002727
Ref: 550
Service Fee: _____

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| JOE SHIELDS )<br><br>_Plaintiff_ )<br>v. )  Civil Action No. 4:14-CV-00706<br>Armando Vazquez et al )<br> )<br>_Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ United Shuttle Alliance Transportation Corp a/k/a USA Travel Services
via Registerd Agent Armando R. Vazquez
11907 Verrazano Drive
Orlando, Florida 32836

Served: Armando Vazquez
Date: 3/28/14  Time: 7:15 PM
By: Edwin E. Young
Orange County SPS #8349
Box 562  Ocoee, Fl 34761
407-810-5299

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joe Shields
16822 Stardale Lane
Friendswood, Texas 77546

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  **DAVID J. BRADLEY**

Date: 3/20/2014

_Signature of Clerk or Deputy Clerk_