IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION No. 4:14-cv-00706 |
| | ) | |
| ARMANDO R. VAZQUEZ INDIVIDUALLY | ) | |
| AND UNITED SHUTTLE ALLIANCE | ) | |
| TRANSPORTATION CORP A/K/A USA | ) | |
| TRAVEL SERVICES | ) | |
| | ) | |
| Defendant | ) | |

## DEFAULT JUDGMENT

The Defendants Armando R. Vazquez individually and United Shuttle Alliance Transportation Corp a/k/a USA Travel Services having failed to plead or otherwise defend in the action before the Court, and default having been heretofore been entered upon application of Plaintiff and upon Plaintiff's affidavit that the Defendants, equally and severally, are indebted to the Plaintiff in the sum of $3,500.00, that sum trebled to $10,500.00 for willful and knowing behavior, plus interest thereon, that Defendants had been defaulted for failure to appear pursuant to Federal Rules of Civil Procedure §55(b)(1) and that the claim is for a statutory sum which can by computation be made certain it is hereby:

ORDERED, ADJUDGED, and DECREED that Plaintiff Joe Shields recover from the Defendants Armando R. Vazquez individually and United Shuttle Alliance Transportation Corp a/k/a USA Travel

Services equally and severally the sum of $3,500.00, that sum trebled to $10,500.00 plus costs and interest according to the law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Court at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Federal Rules of Civil Procedure §55(b)(1).

SIGNED: July 28, 2014

Nancy F. Atlas
United States District Judge